IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALVIN FAULKNER,                      )
                                     )
            Petitioner,              )
                                     )
     v.                              )     1:19CV1096
                                     )
UNITED STATES MARSHAL SERVICE,       )
                                     )
            Respondent.              )

ORDER AND RECOMMENDATION

Petitioner, a prisoner of the State of Maryland, submitted what he claims is an application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241. Where a petitioner attacks the execution and not the imposition of a sentence, his petition invokes § 2241. See, e.g., Youngworth v. United States Parole Commission, 728 F. Supp. 384, 388 (W.D.N.C. 1990). Petitioner's claims are not clear, but he does not appear to raise such a challenge. To the extent that he may, in a § 2241 action challenging the execution of the sentence of a petitioner in physical custody within the United States, the petition should be filed in the district court of the district where the petitioner is in custody. See Kanai v. McHugh, 638 F.3d 251, 255 (4th Cir. 2011) (citing Rumsfeld v. Padilla, 542 U.S. 426, 446-47 (2004)). Petitioner is incarcerated in the District of Maryland. Therefore, it appears that venue would be proper in that District, and Plaintiff may obtain forms and instructions from the Clerk's Office for filing in that District. See 28 U.S.C. § 1391(b). The address is: 101 West Lombard Street, Baltimore, MD 21201. Regardless of the type of claim Petitioner seeks to raise, his

claims appear to have no relationship or connection to this District and he should not continue filing in this Court unless he can show facts sufficient to make an action proper here.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation of dismissal with permission to file a new petition in the proper district.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE RECOMMENDED that this action be dismissed *sua sponte* without prejudice to Petitioner correct filing in the proper district.

This, the 31st day of October, 2019.

                                        /s/ L. Patrick Auld
                                        **L. Patrick Auld**
                                  **United States Magistrate Judge**