IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALVIN FAULKNER,                )
                               )
         Petitioner,           )
                               )
    v.                         )    1:19CV1096
                               )
UNITED STATES MARSHAL SERVICE, )
                               )
         Respondent.           )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on November 1, 2019, was served on the parties in this action. Petitioner filed Objections to the Magistrate Judge's Recommendation within the time limits prescribed by 28 U.S.C. § 636. [Doc. #4.]

The Court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation [Doc. #2].

**IT IS THEREFORE ORDERED** that this action be dismissed sua sponte without prejudice to Petitioner filing a new petition in the proper district. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of

appealability is denied.  A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 5th day of August, 2020.

/s/ N. Carlton Tilley Jr.<br>Senior United States District Judge